IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. H-08-0735 |
| | § | CIVIL ACTION   NO. H-11-249 |
| KOLEOWO ADEYEMI ADESOYE, | § | |
| | § | |
| Defendant-Movant. | § | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is the Government's Answer and Motion to Dismiss (Document No. 94) Movant Koleowo Adeyemi Adesoye's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Document No. 90). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that the Government's Motion to Dismiss be GRANTED and Adesoye's Motion to Vacate, Set Aside or Correct Sentence be DENIED. Adesoye has filed Objections (Document No. 99) to the Memorandum and Recommendation. The Court, after having made a *de novo* determination of the Government's Answer and Motion to Dismiss, Adesoye's Motion to Vacate, Set Aside or Correct Sentence, the Magistrate Judge's Memorandum and Recommendation, and Adesoye's Objections, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Therefore,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge

signed and filed on September 20, 2011, which is adopted in its entirety as the opinion of the Court, that the Government's Motion to Dismiss (Document No. 94) is GRANTED, and Movant Koleowo Adeyemi Adesoye's Motion to Vacate, Set Aside or Correct Sentence (Document No. 90) is DENIED and DISMISSED WITH PREJUDICE.  It is further

ORDERED that a certificate of appealability is DENIED. A certificate of appealability from a habeas corpus proceeding will not issue unless the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  This standard "includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 120 S. Ct. 1595, 1603-1604 (2000) (internal quotations and citations omitted).  Stated differently, where the claims have been dismissed on the merits, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Id. at 1604; Beasley v. Johnson, 242 F.3d 248, 263 (5th Cir.), cert. denied, 122 S.Ct. 329 (2001).  When the claims have been dismissed on procedural grounds, the petitioner must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of constitutional right and that jurists of reason would find it debatable whether the district court was

correct in its procedural ruling." Slack, 120 S. Ct. at 1604. A district court may deny a certificate of appealability *sua sponte*, without requiring further briefing or argument. Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000).

For the reasons set forth in the Memorandum and Recommendation, which has been adopted as the opinion of the Court, reasonable jurists would not find debatable the Court's determination that no relief is available to Adesoye on the merits of his ineffective assistance of counsel claims. Thus, a certificate of appealability is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 22$^{d}$ day of October, 2011.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE